# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JAMILLA D. STEPHENS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LVNV FUNDING LLC, ) <br> ) <br> Defendant. ) <br> ) | 2:12-cv-01159-GMN-VCF <br><br> **O R D E R** |

Before the court is *pro se* plaintiff Jamilla D. Stephens' Motion For Pro Se Litigant To File Electronically (#21). Defendants have not yet filed a response.

Accordingly, and for good cause shown,

IT IS ORDERED that *pro se* plaintiff Jamilla D. Stephens' Motion For Pro Se Litigant To File Electronically (#21) is GRANTED **with the following provisions**:

1. On or before November 23, 2012, Plaintiff Jamilla D. Stephens must provide certification that she has completed the CM/ECF tutorial and is familiar with Electronic Filing Procedures, Best Practices and the Civil & Criminal Events Menu that are accessible on this court's website.

2. Plaintiff Jamilla D. Stephens is not authorized to file electronically until said certification is filed with the Court within the time frame specified.

...

...

...

3. Upon timely filing of the certification, Plaintiff Jamilla D. Stephens shall contact the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

DATED this 23rd day of October 2012.

　
**CAM FERENBACH**
**UNITED STATES MAGISTRATE JUDGE**