**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| JAMILLA D. STEPENS, | |
| Plaintiff, | 2:12-cv-01159-GMN-VCF |
| vs. | **MINUTE ORDER** |
| LVNV FUNDING, LLC, | |
| Defendant. | [PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER #26] |

Before the Court is the proposed Discovery Plan and Scheduling Order (#26) filed on November 5, 2012.

The parties stated that discovery will take place 180 days from the Court's ruling on the pending Motion to Dismiss (#13) and all other discovery deadlines will be based on that future discovery cut-off date. *Id.*

Pursuant to Local Rules 26-1(e)(1), the parties are required to state, "the calendar date on which discovery will close." Discovery periods longer than one hundred eighty (180) days from the date the first defendant answers or appears will require special scheduling review. Proposed discovery dates cannot be open-ended. Accordingly, the parties must propose actual calendar dates for the discovery cut-off date and for all other discovery deadlines.

IT IS HEREBY ORDERED that the proposed Discovery Plan and Scheduling Order (#26) is DENIED without prejudice.

…

…

IT IS FURTHER ORDERED that the parties must file a new proposed Discovery Plan and Scheduling Order, which complies with LR 26-1, on or before November 20, 2012.

DATED this 6th day of November, 2012.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE